STATE of Missouri, Respondent,

v.

John DAVIS, Jr., Appellant.

No. WD 47545.

Missouri Court of Appeals,
Western District.

Aug. 22, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before ULRICH, P.J., and LOWENSTEIN and ELLIS, JJ.

## ORDER

PER CURIAM:

Mr. Davis appeals his conviction of second degree murder, § 565.021, RSMo 1986, and armed criminal action, § 571.015, RSMo 1986, and sentence of concurrent terms of thirty and seven years imprisonment, respectively. He also appeals from denial of a Rule 29.15 postconviction motion.

Judgments affirmed. Rules 84.16(b) and 30.25(b).